UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

STEVEN RAY STECKELBERG and  Case No. 9:10-bk-30469-DHA
DAWN MARIE STECKELBERG  Chapter 7

        Debtors.           /

**ORDER DENYING MOTION TO RECONSIDER**
**ORDER DISMISSING CASE**
(Doc. No. 15)

THIS CAUSE came on for consideration, *ex parte*, upon a Motion to Reconsider Order Dismissing Case, filed by Steven Ray and Dawn Marie Steckelberg (the "Debtors"), on February 24, 2011 (Doc. No. 15). In the Motion, the Debtors request that this Court reconsider its Order Dismissing Case, entered on January 25, 2011, based on the Debtor's failure to cure deficiencies. (Doc. No. 6). The Court has considered the Motion together with the record and has determined that it is appropriate to deny the same for the following reasons. First, the Court notes that the Debtors have failed to file the required Summary of Schedules, Statement of Financial Affairs, Statement of Income and Means Test and Disclosure of Compensation of Attorney for Debtors as required by the Bankruptcy Code. Secondly, the Court notes that Fed.R.Bankr.P. 9023, which sets forth the time requirements for filing motions for reconsideration, sets forth a fourteen (14) day time from the entry of the original order. Based on the foregoing, this Court finds that the Debtors have failed to comply with this Rule and have failed to cure their deficiencies and, therefore, it is appropriate to deny the Motion.

Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the Motion to Reconsider Order Dismissing Case (Doc. No. 15) be, and the same is hereby, **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on March 07, 2011.

DAVID H. ADAMS
United States Bankruptcy Judge